**In the Interest of A.E.R., P.A.R., and L.J.R.**

No. 57462.

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 14, 1990.

Radford R. Raines, III, Robert G. Kister, Festus, for appellant.

Theodore R. Allen, Jr., Hillsboro, Joseph A. Rathert, Fenton, for respondent.

**232**

## ORDER

PER CURIAM.

Natural parents appeal from an order terminating their parental rights to their three children. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).